UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK MCKENNA** **AND DEBRA MCKENNA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-6793** |
| **STATE FARM GENERAL INSURANCE COMPANY AND KEN CARROLL** | **SECTION "K"(1)** |

### ORDER

Before the Court is plaintiff Patrick and Debra McKenna's motion to continue the trial presently scheduled for November 5, 2007. The motion is **Granted**; the trial is hereby continued to a date to be selected during a telephone status conference to be conducted by the courtroom deputy for Section "K". The parties will be notified by the courtroom deputy of the date for the telephone status conference.

Also before the Court is a "Motion to Strike Witnesses and Exhibits" filed on behalf of defendants State Farm General Insurance Company and Ken Carroll. Because the Court has continued the trial in this case, defendants are not prejudiced by plaintiffs' failure to comply with the deadlines for filing their witness and exhibit lists. Accordingly, the motion to strike is **DENIED.**

New Orleans, Louisiana, this 11th day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE